1  J. STANLEY DEMAREE – 212076
   ASHWORTH & ASHWORTH, LLP
2  1301 Dove Street, Suite 900
   Newport Beach, California 92660-2448
3  (949) 752-9401; FAX: (949) 752-9403

4  Attorneys for: Debtors,
5  Thomas John Graf and Shawn nmn McCoy

FILED & ENTERED

JUN 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THOMAS JOHN GRAF and<br>SHAWN MCCOY<br><br>                    Debtors. | Case Number:  8:10-bk-17353-RK<br><br>Chapter 7<br><br>Adv. No. 8-10-ap-01427-RK |
| DAVID CHANG and<br>TAMANA CHANG<br><br>                    Plaintiffs,<br>       v.<br><br>THOMAS JOHN GRAF and<br>SHAWN MCCOY,<br>                    Defendants. | ORDER APPROVING STIPULATION FOR DETERMINATION OF LIABILITY AND NON-DISCHARGEABILITY OF DEBT<br><br>**Current Status Conference**<br><br>Date:     June 21, 2011<br><br>Time:    1:30 p.m.<br><br>Courtroom:  5D |

The Court having duly considered the Stipulation for Determination of Liability and Non-Dischargeability of Debt [filed June 20, 2011 as Docket No. 10] entered into by David Chang and Tamana Chang ("Plaintiffs") and Thomas John Graf and Shawn McCoy ("Debtors"), and for good cause shown,

IT IS HEREBY ORDERED that:

(a) Thomas John Graf is liable to Plaintiffs in the amount of $407,500.00 plus costs and

1

1  attorneys' fees incurred by Plaintiffs in this Adversary Proceeding and in prosecuting the underlying
2  state court action, less any amounts paid to Plaintiffs by J. L. Madison and/or its insurance carrier in
3  settlement of the underlying state court action;
4      (b)  The debt owed by Thomas John Graf to Plaintiffs is non-dischargeable
5  pursuant to 11 U.S.C. §§ 523(a)(6) and 523(a)(2);
6      (c)  Notwithstanding the determination of liability and the non-dischargeability of
7      the debt, Plaintiffs shall take no action, whatsoever, to collect on the debt from Debtors;
8      (d)  Plaintiffs shall file a full satisfaction of judgment and dismissal of all claims  with prejudice
9  in favor of Debtors with the Superior Court of California where the underlying case is pending and
10 with the United States Bankruptcy Court, Central District of California, Santa Ana Division not later
11 than two years after the date of entry of the order approving this Stipulation, unless there is an active
12 legal action then in progress, in which event the full satisfaction of judgment and dismissal of all
13 claims with prejudice shall be filed within 60 days of such legal action being completed; in any event,
14 the full satisfaction of judgment and dismissal of all claims with prejudice shall be filed within three
15 years after the date of entry of the order approving this Stipulation, unless an extension is agreed to
16 by all parties in writing; and
17     (e)  Plaintiffs shall release and dismiss with prejudice Shawn NMN McCoy from this
18 Adversary Proceeding, and all related actions, upon her executing a waiver of fees and costs

###

DATED: June 23, 2011

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1301 Dove Street, Suite 900
Newport Beach, CA 92660

A true and correct copy of the foregoing document described ORDER APPROVING STIPULATION FOR DETERMINATION OF LIABILITY AND NON-DISCHARGEABILITY OF DEBT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   June 20, 2011   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Lance A. Adair, Esq.
100 Pacifica, Suite 130
Irvine, CA 92618                                            ☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 26, 2010 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Hon. Robert Kwan
United States Bankruptcy Court
411 West Fourth Street, Suite 5165
Santa Ana, CA 92701-4593                                  ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 20, 2011 | J. Stanley Demaree | /s/ J. Stanley Demaree |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION FOR DETERMINATION OF LIABILITY AND NON-DISCHARGEABILITY OF DEBT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 21, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Charles W. Daff (TR)  cdaff@epiqtrustee.com,  cdaff@ecf.epiqsystems.com
United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
Jerome S. Demaree  stan@ashworth-law.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Attorney for Plaintiffs</u>
Lance A. Adair, Esq.
100 Pacifica, Suite 130
Irvine, CA 92618

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                  **F 9021-1.1**